UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD J. HOLLEMAN, 297567, | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:08-CV-1526-G |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | ) |
| Respondent. | ) |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**SO ORDERED**.

March 14, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**